170 P.3d 860

# SUPREME COURT OF HAWAI‘I

**November 1, 2007**

26339 Flournoy v. State Affirmed

**November 2, 2007**

27005 State v. Crowell Vacated, Remanded and Affirmed

**November 13, 2007**

27182 Thornton v. Lohr Reversed